Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
Isaiah A. Jerez, Esq.
Nevada Bar No. 011615
FREEMAN & ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
(702) 990-4913

Attorneys for Defendant
American Family Mutual Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \*

| | |
|---|---|
| REBECCA L. MURRAY, individually, | CASE NUMBER 2:11-cv-01212-PMP-RJJ |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Nevada Corporation, DOES I-X, and ROE CORPORATIONS I-X, inclusive | |
| Defendant, | |

IT IS HEREBY STIPULATED AND AGREED, by and between all parties; by and through their respective counsel of record, and upon the representation having been made that the claims of REBECCA L. MURRAY against AMERICAN FAMILY MUTUAL INSURANCE COMPANY, may be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

IT IS HEREBY STIPULATED:

. . .

. . .

. . .

. . .

. .

Dated this 30th day of September, 2011

FREEMAN & ASSOCIATES

_/s/ Isaiah A. Jerez_
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
Isaiah A. Jerez, Esq.
Nevada Bar No. 011615
1060 Wigwam Parkway
Henderson, Nevada 89074
Attorneys for Defendant

IT IS SO ORDERED.

Dated this 15th day of September, 2011

GLEN J. LERNER & ASSOCIATES

_/s/ Kurtis Millington_
Kurtis Millington, Esq.
Nevada Bar No. 010152
4795 South Durango Drive
Las Vegas, Nevada 89147
Attorneys for Plaintiff

**ORDER**

_/s/ Philip M. Pro_
UNITED STATES DISTRICT JUDGE

DATED: October 3, 2011

FREEMAN & ASSOCIATES
1060 WIGWAM PARKWAY
HENDERSON, NEVADA 89074
TELEPHONE (702) 990-4913